# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 6, 2012

143848 & (14)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

                                      SC: 143848
                                      COA: 304704
                                      Saginaw CC: 10-034690-FH

JASON DONALD MERLONE,
        Defendant-Appellant.

_____/

      By order of March 5, 2012, the prosecuting attorney was directed to answer the application for leave to appeal the August 18, 2011 order of the Court of Appeals. On order of the Court, the answer having been received, the application for leave to appeal is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 6, 2012                           _____
                                                Clerk

p0530